UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| Letni, LLC, a California limited liability company and Tim Parker, individual,<br><br>Plaintiffs,<br><br>v.<br><br>Daniel K. Snook, an individual, Jared R. Meeks, an individual, Shawna L. Rasmussen, an individual, and DKS, Inc., a California corporation, and DOES 1-100,<br><br>Defendants. | **Case No.  2:15-cv-00826-JAM-DAD**<br><br><br>**ORDER ON JOINT STIPULATION TO REMAND** |

Letni, LLC, a California limited liability company and Tim Parker, an individual,

Plaintiffs,

v.

Daniel K. Snook, an individual, Jared R. Meeks, an individual, Shawna L. Rasmussen, an individual, and DKS, Inc., a California corporation, and DOES 1-100,

Defendants,

v.

Corporate Business Solutions, Inc., an Illinois corporation,

Third-Party Defendant.

HAVING CONSIDERED the Joint Stipulation to Remand, and good cause appearing that

the Parties are not diverse for federal subject matter jurisdiction, it is hereby ORDERED that the

VEDDER PRICE (CA), LLP
VEDDER PRICE P.C.
ATTORNEYS AT LAW

1    above-captioned case is remanded to the Superior Court of the State of California, County of

2    Sacramento.

3

4    Dated:  5/18/2015                      /s/ John A. Mendez_____

                                           Hon. John A. Mendez

5

                                           United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VEDDER PRICE (CA), LLP
VEDDER PRICE P.C.
ATTORNEYS AT LAW